MINUTES OF RECESS MEETING, AUGUST 17, 2005
FULTON COUNTY COMMISSION

TABLE OF CONTENTS

| ITEM | SUBJECT AND ACTION | PAGE |
|---|---|---|
| 05-0939 | ADOPTION OF THE AUGUST 17, 2005 CONSENT AGENDA (ADOPTED AS AMENDED) | 2 |
| 05-0940 | CLERK TO THE COMMISSION - CERTIFICATES, PROCLAMATIONS, AND RESOLUTIONS (SPREAD ON THE MINUTES) | 3 |
| 05-0941 | COUNTY MANAGER - PRESENTATION OF THE FOLLOWING REPORTS (PRESENTED) | 3 |
| 05-0942 | ARTS AND CULTURE - REQUEST APPROVAL OF THREE (3) PUBLIC ARTS CONTRACTS WITH THE FOLLOWING INDIVIDUALS TO PROVIDE ADMINISTRATIVE SERVICES TOWARD COMPLETION OF PUBLIC ART PROGRAM INITIATIVES. (FUNDS IDENTIFIED IN EXISTING BUDGET) (APPROVED) | 3 |
| 05-0943 | CUSTOMER SERVICE - REQUEST APPROVAL OF REIMBURSEMENT FOR PROPERTY TAX PENALTIES DUE TO IMPROPER TAX ASSESSMENTS TO THE FOLLOWING INDIVIDUALS (APPROVED | 4 |
| 05-0944 | ENVIRONMENT AND COMMUNITY DEVELOPMENT - REQUEST APPROVAL OF THE SANDY SPRINGS REVITALIZATION, INC. (SSRI) LIVABLE CENTER INITIATIVE PLAN UPDATE. (APPROVED) | 4 |
| 05-0945 | GENERAL SERVICES - REQUEST APPROVAL OF THE FOLLOWING LAND REPORT ITEMS (APPROVED) | 5 |
| 05-0946 | GENERAL SERVICES - REQUEST APPROVAL TO ENTER INTO A THIRD (3RD) | |

EXHIBIT 8

|  | AMENDMENT TO THE LEASE AGREEMENT FOR CHATTAHOOCHEE NATURE CENTER SO THAT ALL THE PREMISES OF THE CHATTAHOOCHEE NATURE CENTER WILL HAVE THE SAME LEASE TERM EXTENDING FOR 50 YEARS AND EXPIRING IN 2055.(APPROVED)....................................................................5 |
|---|---|
| 05-0947 | GENERAL SERVICES - RESOLUTION AUTHORIZING PAYMENT FOR THE ADMINISTRATIVE AND ACQUISITION EXPENSES OF 3.48 ACRES, MORE OR LESS, UNDEVELOPED LAND LOCATED IN LAND LOT 253, 1ST DISTRICT, 2ND SECTION, FULTON COUNTY, GEORGIA, FOR THE KING ROAD STORAGE TANK PROJECT. THIS PROJECT IS PART OF THE NORTH FULTON WASTEWATER MANAGEMENT CONCEPTUAL DEVELOPMENT PLAN (ITEM #00-1527, RCM 12/20/00, RECESS MEETING OF THE FULTON COUNTY BOARD OF COMMISSIONERS). (APPROVED) ..........................................8 |
| 05-0948 | HEALTH AND WELLNESS - REQUEST APPROVAL OF THE GEORGIA DEPARTMENT OF HUMAN RESOURCES METRO MH/DD/AD HIV EARLY INTERVENTIONS AGREEMENT TO PROVIDE EARLY INTERVENTION SERVICES TO SUBSTANCE ABUSING CLIENTS IN FULTON COUNTY. AMOUNT: $300,000 (100% GRANT FUNDED) (APPROVED)................................................................8 |
| 05-0949 | HUMAN SERVICES - REQUEST APPROVAL TO ACCEPT A GRANT FROM THE ATLANTA REGIONAL COMMISSION FOR THE PROVISION OF OLDER AMERICANS ACT PROGRAM SERVICES FOR THE PERIOD JULY 1, 2005, THROUGH JUNE 30, 2006. AMOUNT: $2,468,876 (APPROVED)........................................9 |
| 05-0950 | HUMAN SERVICES - REQUEST APPROVAL TO ACCEPT THE 2005-2006 WORKFORCE INVESTMENT ACT GRANT AWARD FROM THE GEORGIA DEPARTMENT OF LABOR. |

|  |  |
|---|---|
|  | AMOUNT: $453,520 (NO COUNTY MATCH REQUIRED) (APPROVED)..........9 |
| 05-0951 | HUMAN SERVICES - REQUEST APPROVAL TO SERVE ALCOHOLIC BEVERAGES AT THE DOROTHY C. BENSON SENIOR MULTIPURPOSE COMPLEX FOR THE FOLLOWING FACILITY RENTAL EVENTS (APPROVED)..........9 |
| 05-0952 | MEDICAL EXAMINER - REQUEST APPROVAL OF CONTRACT RENEWAL WITH EMORY CLINIC FOR PROFESSIONAL FORENSIC PATHOLOGY SERVICES AND ADMINISTRATION OF THE MEDICAL EXAMINER'S OFFICE.  AMOUNT: $164,678.94 (CONTINGENT UPON ADOPTION OF 2006 BUDGET) (APPROVED) ..........9 |
| 05-0953 | PUBLIC WORKS - REQUEST APPROVAL OF A RIGHT-OF-WAY AGREEMENT WITH THE GEORGIA DEPARTMENT OF TRANSPORTATION (GDOT) FOR THE MCGINNIS FERRY ROAD WIDENING FROM SARGENT ROAD TO THE CHATTAHOOCHEE RIVER. (APPROVED)..........9 |
| 05-0954 | PUBLIC WORKS - REQUEST APPROVAL OF THE PERIMETER COMMUNITY IMPROVEMENT DISTRICT LIVABLE CENTER INITIATIVE PLAN UPDATE. (APPROVED)..........9 |
| 05-0955 | REGISTRATION AND ELECTIONS - REQUEST APPROVAL OF PROPOSALS #01/05R THROUGH 06/05R AND 03/05 THROUGH 08/05 FOR PRECINCT BOUNDARY LINE CHANGES FOR THE CITIES OF SANDY SPRINGS, COLLEGE PARK, AND ALPHARETTA. (APPROVED)..........9 |
| 05-0956 | SOLICITOR GENERAL - REQUEST APPROVAL OF CONTRACT RENEWAL WITH CLARK ATLANTA UNIVERSITY FOR CONTINUED FUNDING OF THE PROJECT REDIRECTIONS PROGRAM THAT PROVIDES |

|  |  |  |
|---|---|---|
|  | FOR ALTERNATIVE SENTENCING. $100,000 (CONTINGENT ON ALLOCATION OF FUNDS) (APPROVED) | 9 |
| 05-0957 | ADOPTION OF THE AUGUST 17, 2005 RECESS MEETING AGENDA (ADOPTED AS AMENDED) | 10 |
| 05-0958 | RATIFICATION OF MINUTES (RATIFIED) | 10 |
| 05-0959 | PRESENTATION OF CERTIFICATES, PROCLAMATIONS, AND RESOLUTIONS (PRESENTED) | 10 |
| 05-0960 | PUBLIC COMMENT (PUBLIC COMMENT CONDUCTED) | 12 |
| 05-0961 | GENERAL SERVICES - A PUBLIC HEARING FOR THE ABANDONMENT AND CONVEYANCE OF PUBLIC RIGHT-OF-WAY AND A REQUEST FOR APPROVAL OF A "RESOLUTION TO ABANDON A PORTION OF BARFIELD ROAD." RESOLUTION INCLUDES AUTHORIZATION TO ABANDON AND REMOVE THE RIGHT-OF-WAY FROM THE PUBLIC ROAD SYSTEM OF FULTON COUNTY AND TO QUITCLAIM THE RIGHT-OF-WAY BACK TO THE ABUTTING LANDOWNERS AS THEIR INTEREST MAY APPEAR FOR FAIR MARKET VALUE. (REMOVED AS REQUESTED BY THE COUNTY MANAGER) | 13 |
| 05-0896 | PETITION #2005Z 0050 FCN, ROSWELL ROAD - APPLICATION OF KATSU PROPERTIES, SEEKS TO REZONE FROM C-1 (COMMUNITY BUSINESS DISTRICT), O-I (OFFICE INSTITUTIONAL) AND A-1 (APARTMENTS) TO A C-1 (COMMUNITY BUSINESS DISTRICT) ZONING CLASSIFICATION (APPROVED) | 14 |
| 05-0897 | PETITION #2005VC 0105 FCN, ROSWELL ROAD - APPLICATION OF KATSU PROPERTIES, SEEKS TO REZONE FROM C-1 (COMMUNITY BUSINESS DISTRICT), O-I (OFFICE INSTITUTIONAL) AND A-1 |  |

RECESS MEETING, AUGUST 17, 2005

v

| | | |
|---|---|---|
| | (APARTMENTS) TO A C-1 (COMMUNITY BUSINESS DISTRICT) ZONING CLASSIFICATION (APPROVED) | 14 |
| 05-0962 | GENERAL SERVICES - REQUEST APPROVAL OF A RESOLUTION FOR THE MARSH CREEK SEWER REPLACEMENT (PROJECT #S-110), WHICH INVOLVES THE ACQUISITION OF SEWER EASEMENTS AND TEMPORARY CONSTRUCTION EASEMENTS IN ORDER TO REPLACE 2.5 MILES OF PIPE, INCREASE SEWER CAPACITY, AND -LIMINATE SPILLS AND BACKUPS. THIS RESOLUTION INCLUDES AUTHORIZATION TO CONDEMN PROPERTY IF THIS ACTION BECOMES NECESSARY. THIS PROJECT IS PART OF THE 2004-2006 WATER AND WASTEWATER CIP DATED OCTOBER 15, 2003, BOC ITEM #03-1283. (APPROVED) | 23 |
| 05-0963 | GENERAL SERVICES - REQUEST APPROVAL OF A "RESOLUTION AUTHORIZING THE DISPOSITION OF 1455 SOUTH JOHNSON FERRY ROAD, DUNWOODY HILLS SUBDIVISION, LAND LOT 16 OF THE 17TH DISTRICT IN FULTON COUNTY, GEORGIA, AS SURPLUS PROPERTY ON GENERALLY ACCEPTABLE TERMS AS PROPOSED." (APPROVED) | 24 |
| 05-0964 | HUMAN SERVICES - PRESENTATION OF THE AGING UPDATE REPORT. (PURSUANT TO A COMMISSIONER'S REQUEST) (PRESENTATION CONDUCTED) | 25 |
| 05-0965 | PURCHASING - REQUEST APPROVAL OF LOWEST RESPONSIBLE BIDDERS. (APPROVE 1-5) | 31 |
| 05-0966 | PURCHASING - REQUEST APPROVAL TO RENEW EXISTING CONTRACTS. (APPROVED) | 33 |
| 05-0967 | PURCHASING - REQUEST APPROVAL TO AMEND EXISTING CONTRACT. (HELD UNTIL 9/7/05) | 34 |

| | | |
|---|---|---|
| 05-0968 | PURCHASING - REQUEST APPROVAL OF REVENUE-GENERATING CONTRACT. (APPROVED) | 38 |
| 05-0969 | PURCHASING - REQUEST APPROVAL OF STATEWIDE CONTRACT. (HELD UNTIL 9/7/05) | 39 |
| 05-0929 | COMMISSIONERS' ITEMS - DISCUSSION ON THE FULTON COUNTY DEVELOPMENT AUTHORITY. (PITTS) (HELD 8/3/05) (HELD 9/7/05) | 43 |
| 05-0970 | COMMISSIONERS' ITEMS - REQUEST APPROVAL FOR SANDY SPRINGS REVITALIZATION TO INSTALL A BANNER (4' X 32') ACROSS SANDY SPRINGS CIRCLE AND SIX OTHER BANNERS ALONG THE RIGHTS-OF-WAY OF THE GREEN TOUR ROUTE IN CONJUNCTION WITH THE SANDY SPRINGS FESTIVAL TO BE HELD ON SEPTEMBER 18, 2005. (LOWE) (APPROVED) | 44 |
| 05-0971 | COMMISSIONERS' ITEMS - REQUEST APPROVAL OF A WAIVER OF FILING DEADLINE, APPLICANT BEING MR. JIM WINER, FOR PROPERTY LOCATED AT 1025 MOUNTAIN CREEK TRAIL, ATLANTA, GEORGIA 30328, AND FOR THIS ITEM TO BE PLACED ON THE SEPTEMBER 15, 2005 BOARD OF ZONING APPEALS AGENDA. (LOWE) (APPROVED) | 44 |
| 05-0972 | COMMISSIONERS' ITEM - REQUEST APPROVAL TO APPROVE A RESOLUTION BY THE FULTON COUNTY BOARD OF COMMISSIONERS TO SET POLICY REGARDING THE USE OF EMINENT DOMAIN AND TO SUPPORT ADOPTION BY THE GENERAL ASSEMBLY OF A CONSTITUTIONAL AMENDMENT TO LIMIT THE USE OF EMINENT DOMAIN BY LOCAL GOVERNMENTS. (HANDEL) (HELD) | 45 |

| | | |
|---|---|---|
| 05-0973 | COMMISSIONERS' ITEM - UPDATE ON THE FULCO HOSPITAL AUTHORITY. (PITTS) (UPDATE CONDUCTED) | 54 |
| 05-0974 | COMMISSIONERS' ITEM - UPDATE ON RECOMMENDATIONS FOR DEVELOPING A PROCESS TO LOCATE SEPTIC TANKS IN UNINCORPORATED FULTON COUNTY. (PITTS) (UPDATE CONDUCTED) | 61 |
| 05-0975 | COMMISSIONERS' ITEM - REQUEST APPROVAL OF A RESOLUTION TO AMEND SECTION 2-67 OF THE FULTON COUNTY CODE OF ETHICS TO CLARIFY AND CONFIRM THE APPLICABILITY OF THE CODE OF ETHICS TO EMPLOYEES SERVING ON THE ADVISORY COMMITTEE TO THE ATLANTA/FULTON COUNTY WATER RESOURCES COMMISSION. (DARNELL) (APPROVED) | 66 |
| 05-0976 | COMMISSIONERS' ITEM - FULTON COUNTY HOUSING AUTHORITY: RED OAK AND BOATROCK PROJECT UPDATES (DARNELL) (UPDATE CONDUCTED) | 72 |
| 05-0977 | COMMISSIONERS' ITEM - '05 MID-YEAR BUDGET REVIEW – DISCUSSION (DARNELL) | 80 |
| 05-0978 | COMMISSIONERS' ITEM - DISCUSSION ON SANDY SPRINGS INCORPORATION. (BOC) (DISCUSSION CONDUCTED) | 86 |
| 05-0979 | ALCOHOLIC BEVERAGE LICENSES - CITY CLUB NORTH, INC DBA THE ASHFORD CLUB, 5565 GLENDRIDGE CONNECTOR, STE 100, ATLANTA, GA 30342 (PUBLIC HEARING CONDUCTED) | 109 |
| 05-0980 | ALCOHOLIC BEVERAGE LICENSES - DOLCE VIDA PARTNERS, INC DBA SUGO DULUTH, 10305 MEDLOCK BRIDGE RD, STE A-1, DULUTH, GA 30097 (PUBLIC HEARING CONDUCTED) | 110 |

05-0981    ALCOHOLIC BEVERAGE LICENSES - IFIDON INC DBA NINE RESTAURANT AND BAR, 12890 HIGHWAY 9, STE 160, ALPHARETTA, GA 30004 (PUBLIC HEARING CONDUCTED)..........................110

05-0982    ALCOHOLIC BEVERAGE LICENSES - PROC GA BEVERAGE SERVICES, LLC DBA DOUBLETREE GUEST SUITES ATLANTA PERIMETER (MAIN BAR), 6120 PEACHTREE-DUNWOODY RD, ATLANTA, GA 30328 (PUBLIC HEARING CONDUCTED).....................................110

05-0983    ALCOHOLIC BEVERAGE LICENSES - PROC GA BEVERAGE SERVICES, LLC DBA DOUBLETREE GUEST SUITES ATLANTA PERIMETER (ROOM SERVICE), 6120 PEACHTREE-DUNWOODY RD, ATLANTA, GA 30328 (PUBLIC HEARING CONDUCTED)..........................110

05-0984    EXECUTIVE SESSION - EXECUTIVE SESSION TO DISCUSS LITIGATION AND PERSONNEL. (COUNTY ATTORNEY) (NO ACTION TAKEN)...............110

05-0985    ADDED DURING THE ADOPTION OF THE AGENDA -COMMISSIONERS' ITEM - REQUEST APPROVAL OF AN ORDINANCE TO AMEND THE FULTON COUNTY ENTERPRISE ZONE ORDINANCE TO CREATE THE COLLEGE PARK MILLENNIUM ENTERPRISE ZONE. THIS PROPOSAL IS FOR THE CREATION OF AN ENTERPRISE ZONE FOR A CAMPUS HOTEL PROJECT TO INCLUDE TWO HOTELS, AN OFFICE BUILDING, AND A RESTAURANT ON 22 ACRES AT SOUTHPORT ROAD AND SULLIVAN ROAD IN COLLEGE PARK, GEORGIA. (EDWARDS) (HELD UNTIL SEPTEMBER 7, 2005)..............................................................111

----- END OF TOC -----

The Board of Commissioners of Fulton County met in Recess Meeting Session this Seventeenth day of August, 2005. Mark Massey, Clerk to the Commission, called the roll and the following Commissioners were present:

> Karen Handel, Chair
> Emma I. Darnell, Vice Chair
> Robert L. "Robb" Pitts, Commissioner
> Lynne Riley, Commissioner
> Tom Lowe, Commissioner
> Nancy A. Boxill, Commissioner - **Absent**
> William "Bill" Edwards, Commissioner

Also present were Thomas Andrews, County Manager; O. V. Brantley, County Attorney; Sharon Whitmore, Assistant Director of Finance; Keith Chadwell, Deputy County Manager; Suzanne Alliegro, Deputy County Manager; Terry Todd, Deputy County Manager; Ruth Jones, Assistant County Manager; Larry Ramsey, Deputy County Attorney; Angela Parker, Director of Public Works; and Lois Shell, Chief Deputy Clerk to the Commission.

With a quorum present, Commission Chair Handel called the meeting to order at 10:04 a.m. and the invocation was given by Reverend Howard Creecy, Jr., County Chaplain.

**Commissioner Edwards** - "Right."

**Commissioner Lowe** - "...of prices fluctuating a dollar a gallon."

**Commissioner Edwards** - "Right."

**Commissioner Lowe** - "Robb said something about normal times, getting back to normal times. I don't see us getting back to normal times. Normal times for me is 18 cents a gallon."

(Whereupon, there was laughter)

**Commissioner Edwards** - "No. We aren't getting back to normal times, then."

**Commissioner Lowe** - "We haven't gotten back to that in two or three years now. It's better than three or four years since we got back to 18 cents. But seriously, I had to keep changing what my normal is every year I live. If I live normal enough it's going to be $10 a gallon."

**Commissioner Edwards** - "Yes."

**Commissioner Lowe** - "Thank you."

**Commission Chair Handel** - "All right. Okay. That item was held for two weeks. Thank you. We'll see you next time. Next item."

05-0968   PURCHASING - REQUEST APPROVAL OF REVENUE-GENERATING CONTRACT. (APPROVED)

A motion was made by Commissioner Riley and seconded by Commissioner Lowe to approve. The motion carried by a vote of 5-0-0. Commission Chair Handel and Commissioners Pitts, Riley, Lowe, and Edwards voted yes. Vice Chair Darnell was present but did not vote. Commissioner Boxill was absent.

> **1. DEPARTMENT:** State Court
> **SERVICE/COMMODITY:** E-Filing System
> **BID #** 05RFP43449YA
> **TOTAL AMOUNT OF PURCHASE:** Revenue-Generating
> **PRIME CONTRACTOR:** Lexis Nexis Courtlink, Inc.
>   (Bellevue, WA)
> **REQUESTED ACTION OF THE BOC:** Approval of the award of a revenue-generating contract to Lexis Nexis Courtlink, Inc. to provide electronic filing services for State Court for a period of five (5) years from date of award with the option to renew for two (2) one (1) year periods.

**Mark Massey, Clerk to the Commission** - "Page 13. **05-0968.** Request approval of Revenue-Generating Contract. State court E-Filing System."

**Commissioner Riley** - "I move approval."

**Commission Chair Handel** - "Do I have a second?"

**Commissioner Lowe** - "Second."

**Commission Chair Handel** - "Please vote. Any questions?"

**Vice Chair Darnell** - "I have an unreadiness."

**Commission Chair Handel** - "Commissioner Darnell."

**Vice Chair Darnell** - "Do we have someone here from the Marshal's Office?"

**Commission Chair Handel** - "Oh, wait. We're on -- "

**Vice Chair Darnell** - "Oh, we're not finished with that one, yet?"

**Commission Chair Handel** - "Please vote on the motion on the state court E-Filing."

**Vice Chair Darnell** - "On 68?"

**Mark Massey** - "Yes."

**Vice Chair Darnell** - "Oh, okay."

**Commission Chair Handel** - "Okay. That item's approved. Next item."

**05-0969      PURCHASING - REQUEST APPROVAL OF STATEWIDE CONTRACT. (HELD UNTIL 9/7/05)**

**A. A motion was made by Commission Chair Handel and seconded by Commissioner Lowe to approve. [MOTION WITHDRAWN]**

**B. A motion was made by Commission Chair Handel and seconded by Vice Chair Darnell to hold until the next Board meeting (9/7/05). The motion carried by a vote of 6-0-0. Commission Chair Handel, Vice Chair Darnell, and Commissioners Pitts, Riley, Lowe, and Edwards voted yes. Commissioner Boxill was absent.**

**Vice Chair Darnell requested the County Manager to provide information pertaining to the coordination between the Sheriff's Department and the Marshall's Office regarding courthouse security and whether the problems had been resolved.**