# FULTON COUNTY BOARD OF COMMISSIONERS

## RECESS MEETING

August 17, 2005

10 a.m.

Fulton County Government Center
Assembly Hall
141 Pryor Street SW
Atlanta, Georgia 30303

## POST AGENDA

**The minutes of this meeting are tentative and have not been ratified or approved by the Board of Commissioners, and this document is not binding on the County or any officer.**

**Scheduled date for ratification: September 7, 2005**

**CALL TO ORDER:** Commission Chair Karen C. Handel                    **10:04 a.m.**

**ROLL CALL:** Mark Massey, Clerk to the Commission

| | |
|---|---|
| Karen C. Handel, Chair (District 1, At-Large) | **PRESENT** |
| Emma I. Darnell, Vice Chair (District 5) | **PRESENT** |
| Robert L. "Robb" Pitts, Commissioner (District 2, At-Large) | **PRESENT** |
| Lynne Riley, Commissioner (District 3) | **PRESENT** |
| Tom Lowe, Commissioner (District 4) | **PRESENT** |
| Nancy A. Boxill, Commissioner (District 6) | **ABSENT** |
| William "Bill" Edwards, Commissioner (District 7) | **PRESENT** |

**INVOCATION:** Reverend Howard Creecy Jr., County Chaplain

**PLEDGE OF ALLEGIANCE: Recited in unison**


EXHIBIT 9

## 05-0939  ADOPTION OF THE AUGUST 17, 2005 CONSENT AGENDA

All matters listed on the Consent Agenda, excluding *Items 05-0944 and 05-0946, were enacted by one motion.

*These Items were moved to the Recess Meeting Agenda for separate consideration as requested by Commissioner Edwards.

A motion was made by Commissioner Riley and seconded by Commission Chair Handel to adopt the Consent Agenda as amended. The motion carried by a vote of 4-0-0. Commission Chair Handel and Commissioners Pitts, Riley, and Edwards voted yes. Vice Chair Darnell and Commissioner Lowe did not vote. Commissioner Boxill was absent.

The Consent Agenda consisted of the following items:

### CLERK TO THE COMMISSION

## 05-0940  CERTIFICATES, PROCLAMATIONS, AND RESOLUTIONS - FOR SPREADING ON THE MINUTES:

"Eddie L. 'Ed' Thomas Appreciation Day"
August 5, 2005 **(Edwards)**

"'Ga-Pa' Family and Friends Reunion 2005 Days"
August 5-8, 2005 **(Edwards)**

"Family Day - A Day to Eat Dinner With Your Children"
September 26, 2005 **(Handel)**

*POST AGENDA - RECESS MEETING - August 17, 2005*
*Voting Breakdown:  1st number = "yes" votes;*
                    *2nd number = "no" votes;*
                    *3rd number = "abstained" votes*

2

| AWARD HISTORY | BOC ITEM # 04-3064 | DATE   3/17/04 |
|---|---|---|
| Original Contract Amount $ | | $   192,685.00 |
| Renewal    #1 | | $   289,027.00 |
| **Renewal    #2** | | |
| **This Amendment** (16.01%) | $46,245.00 | $    46,245.00 |
| Total of All Amendments and renewals | | $   335,272.00 |
| Total Revised Amount | | $   527,957.00 |

**A. A motion was made by Vice Chair Darnell and seconded by Commissioner Lowe to approve. [MOTION WITHDRAWN]**

**B. A motion was made by Vice Chair Darnell and seconded by Commissioner Edwards to hold until the next Board Meeting (9/7/05). The motion carried by a vote of 6-0-0. Commission Chair Handel, Vice Chair Darnell, and Commissioners Pitts, Riley, Lowe, and Edwards voted yes. Commissioner Boxill was absent.**

**Commissioners Edwards and Lowe requested that the contract include a provision that would modify the agreement if fuel prices change.**

**05-0968** Request approval of Revenue-Generating Contract.

**1. DEPARTMENT**: State Court
**SERVICE/COMMODITY**: E-Filing System
**BID #** 05RFP43449YA
**TOTAL AMOUNT OF PURCHASE**: Revenue-Generating
**PRIME CONTRACTOR**: Lexis Nexis Courtlink, Inc. (Bellevue, WA)
**REQUESTED ACTION OF THE BOC**: Approval of the award of a revenue-generating contract to Lexis Nexis Courtlink, Inc. to provide electronic filing services for State Court for a period of five (5) years from date of award with the option to renew for two (2) one (1) year periods.

**A motion was made by Commissioner Riley and seconded by Commissioner Lowe to approve. The motion carried**

*POST AGENDA - RECESS MEETING - August 17, 2005*
*Voting Breakdown: 1st number = "yes" votes;*
*2nd number = "no" votes;*
*3rd number = "abstained" votes*

16

by a vote of 5-0-0. Commission Chair Handel and Commissioners Pitts, Riley, Lowe, and Edwards voted yes. Vice Chair Darnell was present but did not vote. Commissioner Boxill was absent.

**05-0969** Request approval of Statewide Contract.

**1. DEPARTMENT:** Marshal
**SERVICE/COMMODITY:** Pursuit Vehicles
**BID #:** S-030381
**TOTAL AMOUNT OF PURCHASE:** $54,216
**PRIME CONTRACTOR:** Alan Vigil Ford (Morrow, GA)
**REQUESTED ACTION OF THE BOC:** Approval of a statewide contract with Allan Vigil Ford to provide four (4) pursuit vehicles at a cost of $54,216 to be delivered thirty (30) days after award.

A. A motion was made by Commission Chair Handel and seconded by Commissioner Lowe to approve. [MOTION WITHDRAWN]

B. A motion was made by Commission Chair Handel and seconded by Vice Chair Darnell to hold until the next Board meeting (9/7/05). The motion carried by a vote of 6-0-0. Commission Chair Handel, Vice Chair Darnell, and Commissioners Pitts, Riley, Lowe, and Edwards voted yes. Commissioner Boxill was absent.

Vice Chair Darnell requested the County Manager to provide information pertaining to the coordination between the Sheriff's Department and the Marshall's Office regarding courthouse security and whether the problems had been resolved.

## COMMISSIONERS' ITEMS – UNFINISHED BUSINESS

**05-0929** Discussion on the Fulton County Development Authority. **(Pitts)** *(Held 8/3/05)*

**HELD UNTIL THE NEXT BOARD MEETING (9/7/05) AS REQUESTED BY COMMISSIONER PITTS.**

*POST AGENDA – RECESS MEETING – August 17, 2005*
*Voting Breakdown: 1st number = "yes" votes;*
*2nd number = "no" votes;*
*3rd number = "abstained" votes*

17